AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

EMIGDIO OJEDA FERREIRA,ERICK JOSE GUZMAN SANCHEZ, OSCAR LEONARDO RAMÍREZ NAVARRO,RAFAEL SAAVEDRA ROLON,EMIGDIO JAVIER VERA, CHRISTIAN RODRIGO QUINTANA GRANCE, CARLOS M VELASCO YAMASQUI, FRANCISCO FERREIRA, and HERNAN FLORES,individually and on behalf of otherssimilarly situated,

*Plaintiff(s)*

v.

RBE LLC d/b/a REMODELING BY ERIK, J&M ELITE CONTRACTING CORP., ERIK SIMPSON, and JORGE VAZQUEZ

*Defendant(s)*

Civil Action No. 1:26-cv-05749

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-05749

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________ ______________________________
*Server's signature*

______________________________
*Printed name and title*

______________________________
*Server's address*

Additional information regarding attempted service, etc:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

**EMIGDIO OJEDA FERREIRA,**
**ERICK JOSE GUZMAN SANCHEZ,**
**OSCAR LEONARDO RAMÍREZ NAVARRO,**
**RAFAEL SAAVEDRA ROLON,**
**EMIGDIO JAVIER VERA,**
**CHRISTIAN RODRIGO QUINTANA GRANCE,**
**CARLOS M VELASCO YAMASQUI,**
**FRANCISCO FERREIRA, and**
**HERNAN FLORES,**
**individually and on behalf of others**
**similarly situated,**

**Plaintiffs,**

**v.**

**RBE LLC d/b/a REMODELING BY ERIK, J&M ELITE CONTRACTING CORP., ERIK SIMPSON, and JORGE VAZQUEZ,**

**Defendants.**

**Case No.: 1:26-cv-05749**

**RIDER TO SUMMONS**

RBE LLC d/b/a REMODELING BY ERIK
5110 67th Street, Woodside,
New York 11377

J&M ELITE CONTRACTING CORP.
5110 67th Street, Woodside,
New York 11377

Jorge Vazquez
5110 67th Street, Woodside,
New York 11377

Erik Simpson
5110 67th Street, Woodside,
New York 11377